ANTHONY J WEIBELL, Cal. Bar No. 238850
DYLAN J. BYRD, Cal. Bar No. 328029
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: aweibell@wsgr.com; dbyrd@wsgr.com

*Attorneys for Plaintiff*
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBLOX CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ROBERT SIMON, a/k/a RUBEN SIM, an individual.<br><br>Defendant. | CASE NO.: 3:21-cv-09084<br><br>**COMPLAINT for**<br><br>1. **Violation of the Computer Fraud and Abuse Act (18 U.S.C. § 1030)**<br>2. **Violation of the California Comprehensive Computer Data Access and Fraud Act (Cal. Penal Code § 502(e))**<br>3. **Breach of Contract**<br>4. **Fraud**<br>5. **Tortious Interference with Prospective Economic Relations**<br>6. **Tortious Interference with Contract**<br><br>**DEMAND FOR JURY TRIAL** |

1. Plaintiff Roblox Corporation ("Roblox") alleges as follows on personal knowledge as to itself, and on information and belief as to others:

**NATURE OF THE ACTION**

2. Defendant Benjamin Robert Simon ("Defendant Simon") is the leader of a "cybermob" that with malice, fraud, and oppression, commits and encourages unlawful acts designed to injure Roblox and its users, including, by way of example, the following unlawful acts:

a. Posting false and misleading terrorist threats to discourage Roblox users from participating in in-person and online events, including terrorist threats that sparked police activity and a temporary shut-down of the Roblox Developers Conference 2021 in San Francisco, California ("RDC 2021") on October 16, 2021;

b. Glamorizing the April 3, 2018 active shooter and murder at YouTube headquarters in San Bruno, California and threatening/taunting a copycat act of terrorism at Roblox headquarters in nearby San Mateo, California;

c. Repeatedly circumventing the technological barriers erected to block Defendant Simon from accessing the Roblox platform after he was permanently banned from the platform and instructing and encouraging others to do the same;

d. Violating the Roblox Terms of Use by engaging in sexual conversation with users, discussing sex acts, engaging in sexual harassment, singling out users and groups for ridicule or abuse, attempting to upload a nude image of himself with only a lampshade covering his genitals, using racial and homophobic slurs, creating and using inappropriate accounts with sexual names, attempting to upload a sex game, attempting to upload pictures of Hitler, and using prolific profanity; and

e. Cyber-bullying and harassing Roblox employees and executives, including through libelous personal accusations.

3. Such malicious, fraudulent, and oppressive conduct tortiously interferes with Roblox's existing and prospective economic relations and violates both federal and state computer crime laws.

4. Accordingly, Roblox seeks actual and punitive damages in this action of $1,650,000, attorneys' fees, costs, interest, and injunctive relief barring Defendant Simon from engaging in similar unlawful and injurious activity.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1367(a) because: (i) this action arises under the laws of the United States; (ii) the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States; and (iii) the state law claims asserted herein are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

6. This Court has specific personal jurisdiction over Defendant Simon because this lawsuit arises from Defendant Simon's unlawful activities (i) targeted at Roblox in this forum and RDC 2021 in San Francisco, CA, (ii) designed to cause injury to Roblox headquartered in this forum and to RDC 2021 in San Francisco, and (iii) that violated the Roblox Terms of Use to which Defendant has agreed to be bound, including an agreement to be subject to the personal jurisdiction of the "state and federal courts located in the Northern District of California" for any litigation.

7. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this District where Roblox is headquartered and where Defendant's conduct was targeted, and also because the Roblox Terms of Use to which Defendant has agreed to be bound include an agreement "that venue properly lies, only in the state or federal courts located in the Northern District of California."

## DIVISIONAL ASSIGNMENT

8. Pursuant to Civil L.R. 3-5(b) and Civil L.R. 3-2(c, d), this action may be assigned to the San Francisco Division or Oakland Division because a substantial part of the events or omissions giving rise to the claim occurred in the County of San Mateo and the County of San Francisco.

## FACTUAL BACKGROUND

### The Roblox Platform

9. Plaintiff Roblox Corporation is a Delaware corporation with headquarters in San Mateo, California. Roblox owns and operates the Roblox online platform located online at

Roblox.com ("the Roblox Platform"). The Roblox Platform hosts a user-generated digital world where users create virtual games and experiences, connect with other users to enjoy user-created games and user-created virtual experiences, and use virtual apparel and other content created by themselves and other users.

10. To participate on the Roblox Platform, users must first create a Roblox account. During the process of creating an account, users are presented with the Roblox Terms of Use agreement ("Roblox Terms") and are required to manifest their assent to that contract by clicking a button that says "By clicking Sign Up, you are agreeing to the Terms of Use." The account will not be activated absent the user's acceptance of the Roblox Terms. By necessity, as a platform that hosts user-generated content created by millions of users, the Roblox Terms vest Roblox with significant control and discretion over the operation of the Roblox Platform to protect the rights of all users and third parties. Users who violate the Roblox Terms may be subject to termination and a permanent ban from the Roblox Platform.

11. Users agree and promise to "be responsible for your use of the Service," and "to defend and indemnify" Roblox for "every claim, liability, damage, loss, and expense, including reasonable attorneys' fees and costs, arising out of or in any way connected with: (a) your access to, use of, or alleged use of the Service; (b) your violation of any portion of these Terms, any representation, warranty, or agreement referenced in these Terms, or any applicable law or regulation; (c) your violation of any third-party right, including any intellectual property or proprietary right, publicity or privacy right, property right, or confidentiality obligation; or (d) any Dispute or issue between you and any third party."

12. The Roblox Terms expressly incorporate other Roblox policies, including the Roblox Community Standards (previously known as the Roblox Community Rules). The Roblox Community Standards generally prohibit conduct that is unsafe, uncivil, unfair, and unsecure. Specifically as it relates to this action, the Roblox Community Standards prohibit "engaging in sexual conversation," "threats of violence," "bullying, stalking, trolling, harassment, or intimidation," "singling out a user or group for ridicule or abuse," "sexual harassment," "sexual content or activity of any kind," "nudity," "discrimination, slurs, and hate speech," "profanity,"

"harassing Roblox employees or contractors online," "threatening damage or harm to Roblox offices or data storage facilities," "unauthorized access to Roblox's systems or accounts, as well as threatening or encouraging such activity," "using VPNs to mask your location in order to gain unauthorized access to the Roblox platform," "opening new accounts for the purpose of evading an enforcement action taken against a previous account," and "invading or flooding experiences or groups in an effort to destroy the experience or its reputation."

13. As explained in more detail below, Defendant Simon violated every one of the above prohibitions, was terminated and banned from the Roblox Platform for doing so, and yet continues his campaign of violations through unauthorized and surreptitious access to the Roblox Platform.

**Defendant Benjamin Robert Simon**

14. Defendant Simon is a 24-year-old Louisville, Kentucky resident and former Roblox user with a long history of fixating on and then harassing people, including Roblox users and employees. His latest bad acts have included making terrorist threats online to intimidate and deter Roblox employees and users and hacking around Roblox's security measures designed to block him from the Roblox Platform.

**Defendant Simon's Terrorist Threats**

15. After Roblox permanently banned Defendant Simon from the Roblox Platform, he gathered an enormous following of YouTube users (760,000 subscribers), as well as Twitter followers (23,000 followers), Reddit community (214 members), Patreon paying subscribers, and Discord servers, among other social media followers on various platforms. The focus of his social media content is targeted at spreading injurious content, including false accusations about Roblox, its employees, and other users. His social media followers have become a cult-like "cybermob" that echoes Defendant Simon's conduct and harassment of Roblox employees and users.

16. On October 14-16, 2021, Roblox held its annual Roblox Developers Conference 2021 in San Francisco, California ("RDC 2021"). The conference was attended by more than 350 Roblox users, employees, and media (as well as over 600 virtual attendees). Before and during

the conference, Defendant Simon and his cybermob posted numerous derogatory and defamatory statements online about Roblox, its employees, and the conference, designed to deter and intimidate conference-goers.

17. In the days leading up to RDC 2021, Defendant Simon engaged his followers on Discord, glamorizing the April 3, 2018 active shooter and murder at YouTube headquarters in San Bruno, California and threatening/taunting a copycat act of terrorism at Roblox headquarters in nearby San Mateo, California. Defendant Simon wrote to his followers to "wait until [someone] does it to Roblox."

18. Then, during RDC 2021, Defendant Simon publicly posted a terrorist bomb threat to his Twitter account, knowing that the threat was false: "BREAKING: San Francisco Police are currently searching for notorious Islamic Extremist Julius Al Mohammad. If you see this individual at RDC please call 911 immediately." Defendant Simon posted an image below this text purporting to depict the fictitious "Islamic Extremist" as having posted a YouTube video titled "SOMEONE BLOW UP ROBLOX NOW!" Defendant Simon made related posts, including: "Don't Come to RDC Tomorrow."

19. Defendant Simon knew this information to be false and intended it to disrupt RDC 2021 and to intimidate and deter Roblox employees, users, and vendors from attending the conference.

20. Defendant Simon's followers in his cybermob copied his actions and posted threatening messages of their own, including purported posts from would be active shooters and others. For example, "too bad someone didnt recreate christchurch shooting at rdc." One follower even claimed to have poisoned the drinks being offered at RDC 2021.

21. Defendant Simon's false terrorist threats had their intended effect. People reported that they "thought there was an actual shooting" and stayed away from RDC 2021 when they saw Defendant Simon's false posts. Even worse, RDC 2021 was forced into a temporary lockdown while local police and private security conducted a search to secure the facility.

22. As a result of these false terrorist threats, Roblox was forced to incur expenses of more than $50,000 to secure RDC 2021 and investigate the incident.

**Defendant Simon's Termination for Harassment and Lewd Conduct**

23. Defendant Simon was originally terminated from the Roblox Platform for repeatedly using racial and homophobic slurs and profanity, engaging in sexual conversation, and uploading inappropriate lewd content. By way of example:

   a. Defendant Simon attempted to upload a picture of himself naked, with only a lamp shade covering his genitalia.

   b. Defendant Simon attempted to upload a sex game to the Roblox Platform.

   c. Defendant Simon created and/or used inappropriate accounts with names such as "*cockassassin*" and "*69dev69*."

   d. Defendant Simon attempted to upload pictures of Adolf Hitler.

   e. Defendant Simon intentionally circumvented chat filters to target other users with homophobic slurs and profanity, such as "*you fu cking eleven year old fa ggot.*"

24. There are multiple incidents of Defendant Simon engaging in targeted harassment of Roblox users, which harassment he then extended to Roblox employees who took remedial action against Defendant Simon. As part of this harassment, Defendant Simon repeatedly used racial and homophobic slurs. He openly brags about this targeted harassment (e.g., "*Who should I personally attack next?*").

25. As part of his campaign of harassment and cyberbullying, Defendant Simon:

   a. solicited information on another Roblox user so that he could target that user with harassment;

   b. impersonated Roblox employees online in other forums in a manner targeted to permanently injure their reputation in the public eye with false portrayals and statements;

   c. uploaded a video targeted at Roblox's CEO that at one point depicts Defendant Simon shooting guns; and

   d. made false public statements that a massive accident at a former job that killed people was the impetus for the creation of Roblox.

26. Outside of the Roblox Platform, Defendant Simon engages in conduct that violates the Roblox Terms and harasses Roblox users and employees. For example, Defendant Simon:

    a. tweeted a photoshopped picture of a former Roblox employee who was openly gay, depicting him nude, and then repeatedly harassed him on Twitter;

    b. posted images of pornographic depictions of Roblox avatars and praises those who created them; and

    c. repeatedly posts libelous statements about Roblox's founder and CEO, attributing false statements and conduct to the CEO that Defendant Simon knows to be false and which he makes with intent to cause injury to the reputation of the CEO and of Roblox.

27. As a result of all of the above conduct, Defendant Simon was permanently banned from accessing the Roblox Platform.

**Defendant Simon's Computer Hacking to Access the Roblox Platform**

28. Defendant Simon is aware and has repeatedly acknowledged in writing that he has been permanently banned from accessing the Roblox Platform. He has also acknowledged that Roblox has employed numerous technological barriers to block him from accessing the Roblox Platform.

29. Despite knowing he is not authorized to access the Roblox Platform, Defendant Simon readily admits using computer hacks to circumvent these technological barriers to continue to access the Roblox Platform without authorization. Defendant Simon has repeatedly bragged in social media posts that Roblox cannot keep him off of the Roblox Platform (e.g., "You can't ban me."; "How you gonna ban me now, huh?"). He has also repeatedly posted video evidence of his hacking into the Roblox Platform on his YouTube channel and on Twitter.

30. More than twenty accounts have been terminated by Roblox after they were detected as being created or used by Defendant Simon without authorization. Defendant Simon

1  continues to create and solicit others to create new Roblox accounts for his use so he can access
2  the Roblox Platform without authorization.
3      31.     In the videos Defendant Simon has posted of himself hacking into the Roblox
4  Platform, he shows himself engaging in the same bad conduct that caused his original
5  termination, including engaging in sexual conversation, using extreme profanity, engaging in
6  user harassment, using account names with sexually explicit terms, and other bad conduct that
7  violates the Roblox Terms.
8      32.     For example, the following are YouTube video transcript excerpts from a single
9  video showing recent statements made by Defendant Simon on the Roblox Platform to other
10 Roblox users after he hacked into the Roblox Platform. Defendant Simon unabashedly posted
11 this YouTube video himself:
12         00:08 did you see the ruben sim video?
13         … 00:14 how they banned me
14         00:16 how they thought they could get rid of me
15         … 00:27 [other user] yo you come here often?
16         00:29 [Defendant Simon] yeah i come here often
17         00:32 i'm coming right now
18         00:35 lol
19         … 01:15 wow what the fuck
20         01:16 we need to normalize swearing on here
21         01:17 we need to swear as much as possible
22         … 01:45 he's gonna ass rape me
23         … 01:49 tyrone's gonna put his dick in me
24         01:51 he's gonna bend me over in the shower what the fuck
25         01:53 and put his-
26         … 02:01 [other user] i'm gonna pull the baton out sir
27         02:02 sir
28         02:03 [Defendant Simon] oh why you gotta

| | |
|---|---|
| 1 | 02:04 say it like that |
| 2 | 02:05 you're gonna pull it out? |
| 3 | … 02:46 i'm not afraid of mods |
| 4 | 02:47 mods are afraid of me |
| 5 | 02:49 MODS ARE AFRAID OF ME |
| 6 | … 04:52 then we can't say fuck anymore |
| 7 | 04:54 we can't say fuck |
| 8 | 04:56 we can't say SHIT |
| 9 | … 05:02 WE CAN'T SAY SHIT |
| 10 | 05:04 WE CAN'T SAY SHIT |
| 11 | … 05:07 WE CAN'T SAY FUCKIN SHIT |
| 12 | … 05:11 you thought they could ban me huh |
| 13 | 05:13 you thought i wasn't coming back |
| 14 | … 06:01 hey you fucking nomiker |
| 15 | 06:03 get the fuck out of here |
| 16 | 06:04 this is my server |
| 17 | 06:05 THIS IS MY SERVER |
| 18 | … 06:16 yeah where they don't give a fuck about our department |
| 19 | 06:18 they don't give a FUCK |
| 20 | 06:20 THEY DON'T GIVE A FUCK |
| 21 | … 06:53 someone working at roblox |
| 22 | 06:55 not naming any names |
| 23 | 06:56 is searching the database for accounts |
| 24 | 06:58 that have been accessed from my ip |
| 25 | 07:00 and then banning them manually |
| 26 | 07:02 i've also been mac address banned |
| 27 | 07:04 meaning roblox won't work |
| 28 | 07:06 on my computer anymore |

|   |   |
|---|---|
| 1 | 07:07 which is why this entire video was recorded |
| 2 | 07:10 on a virtual machine |
| 3 | 07:11 yeah that's right |
| 4 | 07:12 how you gonna ban me now huh? |
| 5 | 07:14 i also wanna thank everyone who's donated me accounts |
| 6 | … 07:22 i now have more accounts than |
| 7 | 07:24 i could ever possibly hope to use |
| 8 | 07:27 and they're getting banned very quickly |

See https://www.youtube.com/watch?v=7cCBeeDw838.

33. After infiltrating the Roblox Platform without authorization, Defendant Simon video records his experiences to use that data in YouTube videos he creates to profit from his unauthorized and unlawful activity.

34. Defendant Simon has published his methods of hacking into the Roblox Platform in order to assist, encourage, and teach others to do the same.

35. Roblox has expended resources estimated to be over $100,000 to investigate and block Defendant Simon from accessing the Roblox Platform.

**Defendant Simon's Concealment and Spoliation of Evidence**

36. Knowing that his social media posts are unlawful and admit to unlawful conduct, and after anticipating litigation over those posts, Defendant Simon has engaged in an effort to conceal and spoliate this evidence by deleting his social media posts without preserving copies of those posts and otherwise destroying relevant evidence.

**Defendant Acted with Malice, Oppression, and Fraud Under Cal. Civil Code § 3294**

37. In engaging in the conduct described above, Defendant Simon acted with malice, oppression, and fraud as contemplated by California Civil Code § 3294 and is therefore liable for appropriate punitive damages. Defendant Simon acted with malice because his conduct was intended to cause injury to Roblox and was carried on with a willful and conscious disregard of the rights and safety of Roblox, its users, and its employees. Defendant Simon acted with oppression because he subjected Roblox employees and Roblox users to cruel and unjust

hardship in conscious disregard of their rights. Defendant Simon acted fraudulently because he knowingly made fraudulent statements and engaged in computer fraud with specific intent to cause injury to Roblox.

## CAUSES OF ACTION

### Count I: Violation of the Computer Fraud and Abuse Act (18 U.S.C. § 1030)

38. Plaintiff incorporates each foregoing paragraph in support of this cause of action.

39. Defendant Simon violated and continues to violate the Computer Fraud and Abuse Act because he intentionally accessed a protected computer without authorization, and as a result of such conduct, caused damage and loss in excess of $100,000. 18 U.S.C. § 1030(a)(5)(C).

40. Plaintiff therefore seeks injunctive relief in the form of a preliminary and permanent injunction enjoining Defendant Simon from any attempt to access the Roblox Platform and from assisting others to access the Roblox Platform without authorization; appropriate damages in an amount to be proven at trial; disgorgement of unjust enrichment; punitive damages; and attorneys' fees and costs.

### Count II: Violation of California Comprehensive Computer Data Access and Fraud Act

41. Plaintiff incorporates each foregoing paragraph in support of this cause of action.

42. Defendant Simon violated and continues to violate California Penal Code § 502 because he:

    a. Knowingly accesses and without permission uses data, computers, computer systems, and computer networks in order to devise and execute a scheme and artifice to defraud and deceive Plaintiff, and to wrongfully control and obtain data. § 502(c)(1).

    b. Knowingly accesses and without permission takes, copies, and makes use of data from a computer, computer system, and computer network. § 502(c)(2).

    c. Knowingly and without permission uses and causes to be used computer services. § 502(c)(3).

  d. Knowingly accesses and without permission alters data and computer software which reside or exist internal or external to a computer, computer system, or computer network. § 502(c)(4).

  e. Knowingly and without permission disrupts and causes the disruption of computer services. § 502(c)(5).

  f. Knowingly and without permission provides and assists in providing a means of accessing a computer, computer system, or computer network in violation of this section. § 502(c)(6).

  g. Knowingly and without permission accesses and causes to be accessed a computer, computer system, and computer network. § 502(c)(7).

  h. Knowingly introduces a computer contaminant into a computer, computer system, and computer network in the form of a set of computer instructions that are designed to transmit information within a computer, computer system, and computer network without the intent or permission of the owner of the information. § 502(c)(8).

  i. Knowingly and without permission uses the profile of another entity in connection with the sending of electronic mail messages and thereby causes damage to a computer, computer data, computer system, and computer network. § 502(c)(9).

43. Defendant has willfully committed these violations, as demonstrated by his repeated bragging of his unauthorized access to the Roblox Platform. Defendant has thus been guilty of oppression, fraud, or malice.

44. Plaintiff has suffered damages and loss as a direct and proximate result of Defendant's conduct in an amount to be proven at trial, including damages for expenses incurred to investigate and remediate the intrusions to Plaintiff's computer systems, as stated above.

45. Plaintiff therefore seeks injunctive relief in the form of a preliminary and permanent injunction enjoining Defendant Simon from any attempt to access the Roblox Platform and from assisting others to access the Roblox Platform without authorization;

1 appropriate damages in an amount to be proven at trial; disgorgement of unjust enrichment;
2 punitive damages; and attorneys' fees and costs.

### Count III: Breach of Contract

46. Plaintiff incorporates each foregoing paragraph in support of this cause of action.

47. Defendant agreed to be bound by the Roblox Terms when he manifested assent to those terms on multiple occasions during the Roblox account creation process.

48. Plaintiff performed all of its obligations under the Roblox Terms.

49. The Roblox Terms prohibit "engaging in sexual conversation," "threats of violence," "bullying, stalking, trolling, harassment, or intimidation," "singling out a user or group for ridicule or abuse," "sexual harassment," "sexual content or activity of any kind," "nudity," "discrimination, slurs, and hate speech," "profanity," "harassing Roblox employees or contractors online," "threatening damage or harm to Roblox offices or data storage facilities," "unauthorized access to Roblox's systems or accounts, as well as threatening or encouraging such activity," "using VPNs to mask your location in order to gain unauthorized access to the Roblox platform," "opening new accounts for the purpose of evading an enforcement action taken against a previous account," and "invading or flooding experiences or groups in an effort to destroy the experience or its reputation."

50. Defendant violated every one of the above prohibitions, was terminated and banned from the Roblox Platform for doing so, and yet continues his campaign of violations through unauthorized and surreptitious access to the Roblox Platform.

51. Plaintiff has suffered damages as a result of Defendant's breach of the Roblox Terms in an amount to be proven at trial, including damages for expenses incurred to investigate and remediate the breach.

### Count IV: Fraud

52. Plaintiff incorporates each foregoing paragraph in support of this cause of action.

53. Defendant has engaged in fraud by knowingly and affirmatively misrepresenting the presence of a terrorist threat at RDC 2021.

54.     Defendant intended to defraud Plaintiff by engaging in this conduct, knowing that Plaintiff would have to take security measures to respond to the threat, including shutting down or postponing the conference.

55.     Plaintiff reasonably and actually relied on Defendant's fraudulent posts because prudence required taking action in light of the potential risk of life and limb to the attendees at RDC 2021.

56.     Plaintiff has suffered damages as a direct and proximate result of Defendant's fraud in an amount to be proven at trial, including without limitation damages incurred to secure RDC 2021 and investigate the incident, and lost revenue from the decreased attendance at the conference.

57.     Plaintiff therefore seeks injunctive relief in the form of a preliminary and permanent injunction enjoining similar conduct; appropriate damages in an amount to be proven at trial; punitive damages; and attorneys' fees and costs.

**Count V: Tortious Interference with Prospective Economic Relations**

58.     Plaintiff incorporates each foregoing paragraph in support of this cause of action.

59.     Plaintiff had and has prospective economic relationships with its users, prospective users, and attendees at RDC 2021 of which Defendant is admittedly aware.

60.     Defendant intended and intends to interfere with these prospective economic relationships by using fraudulent terrorist threats and libelous statements about Roblox, its employees, and the Roblox Platform to interfere with the operation of RDC 2021, dissuade attendance at RDC 2021, and dissuade participation on the Roblox Platform.

61.     As a direct and proximate result of Defendant's wrongful conduct, Plaintiff has suffered the loss of existing and prospective relationships in the form of decreased attendance at RDC 2021 and decreased participation on the Roblox Platform.

62.     Plaintiff therefore seeks injunctive relief in the form of a preliminary and permanent injunction enjoining Defendant from engaging in acts of interference; appropriate damages in an amount to be proven at trial; disgorgement of ill-gotten gains; and punitive damages.

**Count VI: Tortious Interference with Contract**

63. Plaintiff incorporates each foregoing paragraph in support of this cause of action.

64. Plaintiff had and has contracts with its users and attendees at RDC 2021 of which Defendant is admittedly aware.

65. Defendant intended and intends to interfere with these contracts by using fraudulent terrorist threats and libelous statements about Roblox, its employees, and the Roblox Platform to interfere with the operation of RDC 2021, dissuade attendance at RDC 2021, and dissuade participation on the Roblox Platform.

66. As a direct and proximate result of Defendant's wrongful conduct, Plaintiff's performance of its contracts with users and attendees at RDC 2021 became more difficult and expensive, and many users stopped participating on the Roblox Platform.

67. Plaintiff therefore seeks injunctive relief in the form of a preliminary and permanent injunction enjoining Defendant from engaging in acts of interference; appropriate damages in an amount to be proven at trial; disgorgement of ill-gotten gains; and punitive damages.

**PRAYER FOR RELIEF**

68. WHEREFORE, Plaintiff prays for judgement as follows:

   a. A permanent injunction requiring Defendant Simon to immediately cease and desist from:
      i. making or publishing false terrorist threats that impact Roblox;
      ii. making false statements about Roblox;
      iii. glamorizing or encouraging violence against Roblox or its employees or facilities;
      iv. accessing the Roblox Platform;
      v. violating the Roblox Terms;
      vi. approaching within 100 feet of any Roblox office or other facility or residence of any Roblox employee, officer, or director;
      vii. harassing Roblox users, employees, executives, attorneys, and agents; and

|   |   |   |
|---|---|---|
|   | viii. | making, publishing, or maintaining public display of any video or audio file recorded during unauthorized access to the Roblox Platform. |
| b. |   | A permanent injunction requiring deletion of all social media accounts previously used by Defendant Simon to engage in conduct prohibited by the injunction above. |
| c. |   | Actual damages, in an amount to be proven at trial, but at least $150,000; |
| d. |   | Punitive and exemplary damages of $1,500,000; |
| e. |   | Disgorgement of Defendant's ill-gotten gains, including YouTube and Patreon revenue earned by Defendant from content prohibited by the injunction above; |
| f. |   | Restitution; |
| g. |   | Pre-judgment interest and post-judgment interest; |
| h. |   | Plaintiff's costs of suit and attorneys' fees; and |
| i. |   | Such other and further relief as the Court may deem proper. |

### DEMAND FOR JURY TRIAL

Roblox hereby demands a jury trial of all issues triable by a jury.

Dated: November 23, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Anthony J Weibell
    Anthony J Weibell

*Attorneys for Plaintiff*
ROBLOX CORPORATION