1  ANTHONY J WEIBELL, Cal. Bar No. 238850
   DYLAN J. BYRD, Cal. Bar No. 328029
2  WILSON SONSINI GOODRICH & ROSATI, P.C.
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
4  Facsimile:  (650) 565-5100
   Email: aweibell@wsgr.com; dbyrd@wsgr.com
5
   *Attorneys for Plaintiff*
6  ROBLOX CORPORATION

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  ROBLOX CORPORATION, a Delaware          CASE NO.: 3:21-cv-09084
    corporation,
12                                          **PLAINTIFF ROBLOX**
              Plaintiff,                    **CORPORATION'S CORPORATE**
13                                          **DISCLOSURE STATEMENT**
         v.                                 **PURSUANT TO FED. R. CIV. P. 7.1**
14
    BENJAMIN ROBERT SIMON,
15  a/k/a RUBEN SIM, an individual.

16            Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned, counsel of record for

2  Plaintiff Roblox Corporation, hereby certifies and discloses that Plaintiff has no parent

3  corporation, and no publicly held company owns 10% or more of Plaintiff's stock.

4

5  Dated: November 23, 2021               WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
6

7                                         By:  /s/ Anthony J Weibell
                                              Anthony J Weibell
8
                                          *Attorneys for Plaintiff*
9                                         ROBLOX CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28