ANTHONY J WEIBELL, Cal. Bar No. 238850
DYLAN J. BYRD, Cal. Bar No. 328029
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: aweibell@wsgr.com; dbyrd@wsgr.com

*Attorneys for Plaintiff*
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBLOX CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN ROBERT SIMON, a/k/a RUBEN SIM, an individual.<br><br>　　　　　Defendant. | CASE NO.: 3:21-cv-09084<br><br>**PLAINTIFF ROBLOX CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Executive Officers and Directors: David Baszucki, Gregory Baszucki, Christopher Carvalho, Anthony P. Lee, Gina Mastantuono, Andrea Wong, Manuel Bronstein, Craig Donato, Michael Guthrie, Matt Kaufman, Barbara Messing, Mark Reinstra, and Daniel Sturman.

Shareholders: Roblox Corporation is a publicly traded company with dynamic ownership interests.

Dated: November 23, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Anthony J Weibell*
　　　Anthony J Weibell

*Attorneys for Plaintiff*
ROBLOX CORPORATION