1  ANTHONY J WEIBELL, Cal. Bar No. 238850
   DYLAN J. BYRD, Cal. Bar No. 328029
2  WILSON SONSINI GOODRICH & ROSATI, P.C.
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   Email: aweibell@wsgr.com; dbyrd@wsgr.com
5
   *Attorneys for Plaintiff*
6  ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBLOX CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ROBERT SIMON, a/k/a RUBEN SIM, an individual.<br><br>Defendant. | CASE NO.: 4:21-cv-09084-KAW<br><br>**STIPULATED ORDER FOR INJUNCTION, MONETARY RELIEF, AND FINAL JUDGMENT** |

### A. INTRODUCTION

1. Plaintiff Roblox Corporation filed its Complaint in this action on November 23, 2021 against defendant Benjamin Robert Simon for violation of the Computer Fraud and Abuse Act (18 U.S.C. § 1030), violation of the California Comprehensive Computer Data Access and Fraud Act (Cal. Penal Code § 502(e)), breach of contract, fraud, tortious interference with prospective economic relations, and tortious interference with contract.

2. In accordance with the provisions of 28 U.S.C. § 636(c), the parties voluntarily consent to have a United States Magistrate Judge conduct all proceedings in this case, including trial and entry of final judgment.

3. The parties further stipulate to entry of this Stipulated Order for Injunction, Monetary Relief, and Final Judgment ("Order") to resolve all matters in dispute in this action between them. THEREFORE, IT IS ORDERED as follows:

**B. FINDINGS**

4. This Court has jurisdiction over this matter and the parties hereto.

5. The Complaint in this action asserts claims against Defendant for violation of the Computer Fraud and Abuse Act (18 U.S.C. § 1030), violation of the California Comprehensive Computer Data Access and Fraud Act (Cal. Penal Code § 502(e)), breach of contract, fraud, tortious interference with prospective economic relations, and tortious interference with contract.

6. Defendant waives any rights to appeal or otherwise contest this Order.

7. The parties agree to bear their own costs and attorney fees.

**C. DEFINITIONS**

8. For the purpose of this Order, the following definitions apply:

9. "Defendant" means defendant Benjamin Robert Simon, his agents, and any others acting on his behalf or at his behest.

10. "Roblox" means Roblox Corporation and its affiliates, successors, assigns, directors, officers, employees, attorneys, and agents.

11. "Roblox Platform" means the online platform currently located online at roblox.com or any similar online service subsequently offered by Roblox.

12. "Roblox Terms" means the Roblox Terms of Use that govern access to the Roblox Platform.

**D. INJUNCTION**

13. IT IS ORDERED that Defendant is hereby permanently restrained and enjoined from the following actions:

    a. Making, publishing, or re-publishing false threats of terrorist activity relating to Roblox;

    b. Knowingly making false statements of fact about Roblox;

    c. Glamorizing or encouraging violence against Roblox, its employees, or facilities;

d. Accessing the Roblox Platform other than those public portions of the Roblox website that do not require an account to access;

    e. Violating the Roblox Terms with respect to use of the Roblox Platform and content or data obtained therefrom;

    f. Knowingly approaching within 100 feet of any Roblox office, facility, or residence; and

    g. Making, publishing, or maintaining public display of any statement, video, or audio file that encourages or glamorizes either (1) unauthorized access to the Roblox Platform or (2) conduct on the Roblox Platform that violates the Roblox Terms.

14. IT IS FURTHER ORDERED that Defendant shall within 7 days of this Order cause to be deleted or removed any online video, audio, or text authored by Defendant that violates the terms of the above injunction, and Defendant shall submit a report to Roblox under penalty of perjury within 10 days of this Order certifying his compliance with this obligation.

15. IT IS FURTHER ORDERED that Defendant shall expeditiously cooperate with Roblox as needed within his rights and abilities to cause to be deleted or removed from any website or online platform any third-party copy of video, audio, or text authored by Defendant that would violate the terms of the above injunction if published by Defendant.

### E. MONETARY JUDGMENT

16. IT IS FURTHER ORDERED that a judgment in the amount of $150,000 is entered in favor of Plaintiff Roblox and against Defendant.

### F. RETENTION OF JURISDICTION

17. IT IS FURTHER ORDERED that this Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

IT IS SO ORDERED.

Dated: January 20, 2022

_____
United States Magistrate Judge

SO STIPULATED AND AGREED BY:

Dated: 1-13-22

Benjamin Robert Simon

*Defendant*

Dated: 1-14-22

Michael Raifsnider
Attorney at Law
109 Geary Street, Fourth Floor
San Francisco, California 94108
(415) 398-9001 Telephone
(415) 982-5130 Fax
mjrlawoffice@yahoo.com

*Attorney for Defendant*

Dated: 1/14/2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Anthony J Weibell

*Attorneys for Plaintiff*
ROBLOX CORPORATION